JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8813 PA (BFMx) | Date | November 25, 2024 |
|---|---|---|---|
| Title | Tigran Muradyan v. Mercedes-Benz USA LLC, et al. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Kamilla Sali-Suleyman | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None                                                            None

**Proceedings:**     **IN CHAMBERS - ORDER**

     Pursuant to the parties' Notice of Settlement (Docket No. 12), Stipulation to Dismiss (Docket No. 14), and the Court's November 18, 2024 Minute Order, this action is dismissed without prejudice. As stated in the November 18, 2024 Minute Order, the Court retains jurisdiction solely to enforce the terms of the settlement and to determine the amount of attorneys' fees only through December 23, 2024, which is the last day the parties may file either a Notice of Dismissal with Prejudice, if they have completed the terms of the settlement and reached an agreement on the amount of attorneys' fees and costs, file a Motion to Enforce the Settlement, or file a Motion for Attorneys' Fees and Costs. Pursuant to Federal Rule of Civil Procedure 54(d)(2)(D), any Motion for Attorneys' Fees and Costs will be referred to the assigned Magistrate Judge for a report and recommendation. The Scheduling Conference calendared for December 9, 2024, is vacated.

     IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | KSS |