# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIGRAN MURADYAN, | No. 2:24-cv-08813-PA-BFM |
| Plaintiff, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| MERCEDES-BENZ USA, LLC, | |
| Defendan. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for attorney's fees (ECF 17) and Application to tax costs (ECF 18), the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Plaintiff's Motion for attorney's fees (ECF 17) is granted in part and Plaintiff is awarded $18,447.75 in attorney's fees, to be paid by Defendant no later than fourteen (14) days from the date of this Order.

3. Plaintiff's Application for costs (ECF 18) is denied with respect to the request for expert costs in the amount of $3,005; the request for expert costs

1  in the amount of $3,005 is struck from the Application. The Clerk of court shall
2  determine the remaining costs to be awarded.
3      4.   No later than fourteen (14) days from the date of this Order, the
4  parties shall submit a joint request for entry of judgment.
5      5.   The Court Clerk shall serve this Order on all counsel or parties of
6  record.

DATED: February 08, 2025

                                PERCY ANDERSON
                   UNITED STATES DISTRICT JUDGE

2